# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

KENYANA JENKINS and
KWAME JENKINS,

      Plaintiffs,

v.                                                            Case No.   3:23-cv-529-MMH-LLL

GREAT LAKES INSURANCE SE,

      Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation for Voluntary Dismissal With Prejudice (Dkt. No. 34; Stipulation) filed on October 30, 2024. In the Stipulation, the parties request dismissal of this matter with prejudice. See Stipulation at 1.   Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear their own attorneys' fees and costs.

**DONE AND ORDERED** in Jacksonville, Florida this 31st day of October, 2024.

*[signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record